UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-16406-JGR |
| Montana Village Developers, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**ORDER ON MOTION TO REQUIRE DEBTOR TO ABANDON AND TURN OVER CASH COLLATERAL**

THIS MATTER having come before the Court on the Motion of Indicate Capital REIT, LLC, for an Order requiring Debtor to abandon and turn over Cash Collateral.

AND THE COURT BEING DULY ADVISED, and any objections having been resolved, withdrawn or overruled, hereby Orders that the relief sought by the Motion should be granted. Therefore, it is ORDERED:

1. The Motion is granted.

2. On or within three (3) business days from entry of this Order, Debtor shall turn over the sum of $153,227.66 to Indicate Capital REIT, LLC.

Dated this 21st day of October, 2026.

BY THE COURT

By:____________________________
Honorable Joseph G. Rosania, Jr.
U.S. Bankruptcy Judge