UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 25-16406-JGR |
| Montana Village Developers, LLC | ) | |
| | ) | Chapter 11 |
| Debtor. | ) | |

**WITHDRAWAL OF OBJECTION OF INDICATE CAPITAL REIT, LLC, TO DEBTOR'S MOTION TO DISMISS CASE**

Indicate Capital REIT, LLC ("Indicate"), hereby withdraws its Objection to Debtor's Motion to Dismiss [Doc. No. 167]. Indicate filed the Objection on August 12, 2026 [Doc. 171].

Respectfully submitted this 23rd day of October, 2026.

BURNS, WALL AND MUELLER, P.C.

By:/s/ Robert T. Cosgrove
Robert T. Cosgrove #12217
303 E. 17th Avenue, Suite 920
Denver, Colorado 80203
Telephone: (303) 830-7000
Email: rcosgrove@bwsm.com
Attorneys Indicate Capital REIT, LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that on October 23, 2026, the foregoing was filed via CM/ECF which will provide service on all parties against whom relief is sought and those otherwise entitled to service.

/s/ Debra K. Ludwig
Burns, Wall and Mueller, P.C.