UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 25-16406-JGR |
| MONTANA VILLAGE DEVELOPERS, LLC | ) | |
| EIN: 92-0544645 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO DISMISS CASE**

THIS MATTER comes before the Court on Montana Village Developers, LLC's Motion to Dismiss Case ("Motion"), the Court having reviewed the Motion and considered any objections or responses thereto, does hereby

ORDER that the Motion is GRANTED.

THE COURT FURTHER ORDERS that pursuant to 11 U.S.C. § 1112(b), the within Chapter 11 case, is hereby DISMISSED.

DATED this 27th day of October, 2026.

BY THE COURT:

________________________________
Hon. Joseph G. Rosania, Jr.
United States Bankruptcy Judge